# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Xiaohua Huang, | Case No. 8:21-cv-01349-JVS-SHK |
| --- | --- |
| *Pro Se* Plaintiff, | **ORDER** |
| v. | Judge: Hon. James V. Selna |
| Big Data Supply, Inc. | |
| Defendant. | |

Plaintiff Xiaohua Huang and Defendant Big Data Supply, Inc. have filed a Joint Stipulation seeking dismissal with prejudice of each party's claims and defenses in this action.

Having reviewed the stipulation, this Court finds that good cause exists to **DISMISS** all claims and counterclaims in this action **WITH PREJUDICE**. Each party shall bear its own costs.

Dated: 11/5/21

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE